C. A. No. 76-90. STATE EX REL. DOUGLAS C. BRUSH *v.* JAMES L. BERKER, SR. Motion of the defendant to stay the filing of his brief until the case of *State* v. *Jennings*, No. 75-241-C. A. is decided, is granted. *Julius C. Michaelson*, Attorney General, for plaintiff. *Aram K. Berberian*, for defendant.

Appeal No. 74-138. BIF A UNIT OF GENERAL SIGNAL CORPORATION *et al. v.* JOSEPH F. DESROCHES. Motion for an attorney's fee and costs, pursuant to G. L. 1956 (1968 Reenactment) §28-35-32, is granted. The office of *Abedon, Stanzler, Biener, Skolnik & Lipsey* is awarded the sum of $1,100.00. *Hanson, Curran, Bowen & Parks, E. Howland Bowen*, for petitioner. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Richard A. Skolnik*, for respondent.

Appeal No. 74-158. JOSEPH R. MERCURIO *v.* A. R. FASCITELLI AND FASHION BUILDERS, INC. Motion of defendant to reargue is denied. *Gunning, LaFazia & Gnys, Inc., Guy J. Wells*, for plaintiff. *Martin M. Zucker*, for defendants.

Appeal No. 75-161. SAMUEL CORRADO *v.* PROVIDENCE REDEVELOPMENT AGENCY. Motion of plaintiff for special assignment is denied. *Samuel Corrado, pro se. Timothy J. McCarthy*, for defendant.

Appeal No. 75-231. ANTHONY M. PALAZZOLO *et al. v.* ROBERT J. RAYHILL, *Director*. Motion of the defendant for an extension of time to file his brief is granted and said time is extended to May 25, 1976. *Raymond J. Surdut*, for plaintiffs. *Frank Caprio*, for defendant.